# AMALGAMATED UTILITY WORKERS v. CONSOLIDATED EDISON COMPANY OF NEW YORK, Inc.

# CONSOLIDATED EDISON COMPANY OF NEW YORK, et al. v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS.

Circuit Court of Appeals, Second Circuit.

June 2, 1939.

Before SWAN, HAND and PATTERSON, Circuit Judges.

PER CURIAM.

Motion denied on ground that moving party has no standing to press a charge of civil contempt, if contempt has been committed. Under the National Labor Relations Act, 29 U.S.C.A. § 151 et seq., the Board is the proper party to apply to the court for an order of enforcement and to present to the court charges that the court's order has not been obeyed.

Motion denied on ground that the matters submitted in support thereof should properly be asserted in opposition to the Amalgamated Utility Workers' motion to punish for contempt.

# AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellant, v. SPRINGFIELD WAGON & TRAILER COMPANY.

No. 11427.

Circuit Court of Appeals, Eighth Circuit.

March 11, 1939.

William S. Hogsett, Ralph E. Murray, and Hale Houts, all of Kansas City, Mo., for appellant.

William D. Tatlow, of Springfield, Mo., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of statutory attorney's docket fee in favor of appellee, per stipulation of parties.

# AMERICAN WOOD PRODUCTS CORPORATION, Appellant, v. CRANE COMPANY, Appellee.

No. 7901.

Circuit Court of Appeals, Sixth Circuit.

Oct. 13, 1939.

Oberlin, Limbach & Day and Snyder, Seagrave, Roudebush & Adrion, all of Cleveland, Ohio, for appellant.

Offield, Mehlhope, Scott & Poole, of Chicago, Ill., and Hull, Brock & West, of Cleveland, Ohio, and Allen & Allen, of Cincinnati, Ohio, for appellee.

Before ALLEN, HAMILTON, and ARANT, Circuit Judges.

PER CURIAM.

The decree of the District Court, 29 F. Supp. 807, is affirmed for the reason that the patent in suit is invalid for want of invention.